[894 NE2d 1192, 864 NYS2d 802]

VICTOR PERI et al., Respondents, v CITY OF NEW YORK, Appellant, et al., Defendants.

Decided September 9, 2008

**APPEARANCES OF COUNSEL**

*Michael A. Cardozo, Corporation Counsel,* New York City (*Karen M. Griffin* of counsel), for appellant.

*Fitzgerald & Fitzgerald, P.C.,* Yonkers (*John M. Daly* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative for the reasons stated in the memorandum at the Appellate Division (44 AD3d 526 [1st Dept 2007]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.